## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☒ Fourth Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **MADELIN DIAZ**     JOINT DEBTOR: _____ CASE NO.: 13-32561-LMI
Last Four Digits of SS# XXX-XX-8032 Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $__1,845.79__ for months __1__ to __60__; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00 +$775.00 Motion To Value = $4,425.00 TOTAL PAID $2,500.00
    Balance Due $ 1,925.00 payable $ 120.31 /month (Months 1 to 16)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. CitiMortgage, Inc.      Payoff on Petition Date   $753.95
Address: POB 688971, Des Moines, IA 50368-8971    Payment $ 41.01 /month (Months 1 To 16)
Account No: 2005282763      Payment $ 97.79/month (Months 17 To 17)
(Payment for escrows)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Citi Mortgage POB 688971 Des Moines, IA 50368 Account No. 2005282763 | 3824 SW 79th Ave. #112 Miami, FL 33155 Value:$79,000.00 | 5.25 % | $ 1,499.89 | 1 To 60 | $89,993.56 |

Priority Creditors: [as defined in 11 U.S.C. §507]
1.    NONE      Total Due $_____
                              Payable $_____/month (Months____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $63.53 /month (Months 17 to 17), Pay $161.32 /month (Months 18 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: If the debtor receives gambling winnings during the pendency of the plan the debtor shall turn over any gross winnings to the Chapter 13 Trustee for the benefit of the unsecured creditors. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.
I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____             _____
Debtor                                                               Joint Debtor
Date: 4/17/2014                                            Date:_____

LF-31 (rev. 06/02/08)